IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, NC

OCT - 4 2022

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. *1:22 cr 81-moc-wcm* |
| | ) | |
| vs. | ) | |
| | ) | ORDER TO SEAL |
| RACHEL PAIGE CROWE | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND

DECREED that the above referenced Bill of Indictment, Warrant, Order and the Motion to Seal

be sealed.

This the 4ᵗ day of October, 2022.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE