UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

FILED IN COURT
ASHEVILLE, NC

OCT 21 2022

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1: 22 CR 81-MOC-WCM |
|---|---|---|
| v. | ) | **ORDER** |
| RACHEL PAIGE CROWE | ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the indictment in the above-captioned case be unsealed, and

IT APPEARING TO THE COURT that no longer exists any danger to the attendant investigation in this case,

IT IS ORDERED that the government's motion to seal, and the indictment, be UNSEALED.

This 21 day of October, 2022.

HONORABLE W. CARLETON METCALF
U.S. MAGISTRATE COURT JUDGE
WESTERN DISTRICT OF NORTH CAROLINA